Case 14-03139   Document 12   Filed in TXSB on 08/08/14   Page 1 of 2



ENTERED
08/08/2014

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Sadler Clinic, PLLC, | § | Case No.: 12-34546 |
| | § | |
| and | § | |
| | § | |
| Montgomery County | § | Case No.: 12-34547 |
| Management Company, LLC | § | |
| | § | **Substantively Consolidated** |
| Debtors | § | **Under Case No. 12-34546** |
| | § | **(Chapter 7)** |
| ------------------------------------------------ | § | |
| Allison D. Byman, | § | |
| Chapter 7 Trustee | § | |
| | § | |
| v. | § | Adversary No. 14-03139 |
| | § | |
| RBP Services Inc. | § | |

## FINAL DEFAULT JUDGMENT

The Court has considered the *Request for Entry of Default and Default Judgment Against Defendant RBP Services Inc.* (the "***Motion***") filed by Allison D. Byman, Chapter 7 Trustee for the above-captioned substantively consolidated bankruptcy estate (the "***Trustee***" or "***Plaintiff***"). After considering the request, and other evidence in the record, the Court

**FINDS** the record supports entry of default judgment. Therefore, it is

**ORDERED** that the clerk enter default against Defendant RBP Services Inc. It is further

**ORDERED**, **ADJUDGED** and **DECREED** that Plaintiff Allison D. Byman, Chapter 7 Trustee of the of the substantively consolidated   bankruptcy estate of Sadler Clinic, PLLC and Montgomery County Management Company, LLC, have judgment pursuant to 11 U.S.C. §§ 547 and 550 against and recover from Defendant RBP Services Inc. the following:

(a) The sum of $18,467.00 for the transfer that is the subject of this suit;

2873529

      (b)      Costs of court; plus

      (c)      Post-judgment interest on the judgment amount at 0.12% per annum.

It is further

**ORDERED**, **ADJUDGED** and **DECREED** that Plaintiff Allison D. Byman, Chapter 7 Trustee of the of the substantively consolidated bankruptcy estate of Sadler Clinic, PLLC and Montgomery County Management Company, LLC voluntarily dismisses her 11 U.S.C. § 548 claim against Defendant RBP Services Inc.

This judgment disposes of all parties and issues in this case and is a Final Judgment.

Signed:

August 08, 2014

                                                        Marvin Isgur
                                    United States Bankruptcy Judge

2873529